SIMPSON COMPANY, Appellant, v.
UNITED STATES of America.

No. 11904.

Circuit Court of Appeals, Eighth Circuit.
March 21, 1941.

J. P. Degnan, of Bellevue, Iowa, for appellant.

Norman Littell, Asst. Atty. Gen., and Daniel F. Steck, Glenn D. Kelly, and Andrew J. Murphy, Jr., Sp. Assts. to the Atty. Gen. of Iowa, for appellee.

PER CURIAM.

Judgment of District Court vacated in certain respects and cause remanded to District Court, with directions, etc., pursuant to stipulation.

UNITED STATES of America, Appellant, v.
W. B. WORTHEN COMPANY, et al.

No. 11922.

Circuit Court of Appeals, Eighth Circuit.
March 31, 1941.

Sam Rorex, U. S. Atty., and W. H. Gregory, Asst. U. S. Atty., both of Little Rock, Ark., for appellant.

W. W. McCrary, Jr., of Lonoke, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this court, on motion of appellant.